**Opinion filed November 5, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00314-CV

_____

## LLANO PRODUCTION COMPANY, Appellant

## V.

## COTTON, BLEDSOE, TIGHE & DAWSON, P.C., Appellee

**On Appeal from the County Court at Law**

**Midland County, Texas**

**Trial Court Cause No. CC-14868**

### M E M O R A N D U M   O P I N I O N

Appellant has filed in this court a motion to dismiss its appeal. Appellant states that a settlement agreement has been reached. The motion is granted, and the appeal is dismissed.

PER CURIAM

November 5, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.